441 F.2d 1146
 Aubrey MORRIS, Plaintiff-Appellee,
v.
FIDELITY & CASUALTY COMPANY OF NEW YORK and Wheless Drilling
Company, Defendants-Appellants.
No. 71-1073 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 May 10, 1971.
 
 A. R. Christovich, Jr., Christovich & Kearney, New Orleans, La., for defendants-appellants.
 Michael X. St. Martin, Waitz & St. Martin, Houma, La., for plaintiff-appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Fred J. Cassibry, Judge, 321 F.Supp. 320.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966